UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YERKHAT SHAYAKHMET, Petitioner, v. WARDEN, ADELANTO ICE PROCESSING CENTER, et al., Respondents. | Case No. 5:26-cv-04125-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted.
2. Respondents are enjoined from continuing to detain Petitioner Yerkhat Shayakhmet (A# 242-445-964) unless no later than **August 17, 2026**, he is provided with an individualized bond hearing before a neutral immigration judge in accordance with 8 U.S.C. § 1226(a).
3. The motion for appointment of counsel (ECF 4) is denied as moot.
4. The Clerk of Court is directed to close this case.

DATED: August 10, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE